SANFORD L. MICHELMAN, ESQ. (SBN 179702)
smichelman@mrllp.com
ROBERT D. ESTRIN, ESQ. (SBN 260402)
restrin@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone:   (310) 564-2670
Facsimile:    (310) 564-2671

TODD H. STITT, ESQ. (SBN 179694)
tstitt@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, 10th Floor
Irvine, California 92614
Telephone: (714) 557-7990
Facsimile: (714) 557-7991

Attorneys for Plaintiff
WESTERN AIR CHARTER, INC. dba JET EDGE

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN AIR CHARTER, INC., doing business as JET EDGE INTERNATIONAL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SCHEMBARI, an individual; ACP JET CHARTERS, INC., doing business as PHENIX JET, a Florida corporation; PHENIX JET LLC, a Guam Limited Liability Company, COSA DI FAMIGLIA HOLDINGS, LLC, a Guam Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00420-JGB (KSx)<br>Honorable Jesus G. Bernal<br><br>**EX PARTE APPLICATION TO PERMIT THE FILING OF A RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFF'S APPLICATION TO FILE UNDER SEAL (DKT. NO. 184)**<br><br>[Proposed Order filed concurrently herewith]<br><br>**Trial Date:  January 15, 2019**<br><br>Date: September 10, 2018<br>Time:  9:00 a.m.<br>Dept:  Courtroom 1<br>Judge: Hon. Jesus G. Bernal |

**EX PARTE APPLICATION TO PERMIT FILING**

## NOTICE OF MOTION

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Western Air Charter, Inc., d/b/a Jet Edge International ("Jet Edge" or "Plaintiff") hereby moves ex parte requesting the Court permit Jet Edge to file a reply to Defendants' response to Plaintiff's Application to File Under Seal, of no more than five (5) pages.

With respect to the foregoing, on August 6, 2018, Plaintiff filed an application to file under several highly confidential documents, consisting of Jet Edge trade secrets. (See Dkt. Nos. 178-179). On August 13, 2018, Defendants filed a response to Plaintiff's Application File Under Seal. (See Dkt. No. 184). Many of the reasons set forth in Defendants' response to unseal Jet Edge's confidential documents, including the legal authorities therein, do not have merit. In that regard, Plaintiff would respectfully request the opportunity to respond to Defendants' response to rebut Defendants' arguments due to the nature of the documents.

If the Court permits Plaintiff to respond, Jet Edge will address Defendants' arguments as to why the following documents should be kept under seal: (i) the employment agreement between Jet Edge and Paul Schembari; (ii) the Aircraft Charter Management Agreements ("ACMAs") between Jet Edge and its customers; (iii) the ACMAs between Phenix Jet and its customers; (iv) the employee handbooks of Jet Edge and Phenix Jet; and (v) the Jet Edge initial operating experience documents.

//
//
//
//
//
//
//

Plaintiff requests that the Court permit it until August 27, 2018 to file its response, which is the same day Plaintiff's reply brief in support of its motion for summary judgment is due.

Dated: August 17, 2018      MICHELMAN & ROBINSON, LLP

By: _____
Sanford L. Michelman
Todd H. Stitt
Robert D. Estrin
*Attorneys for*
*WESTERN AIR CHARTER, INC.*
*doing business as JET EDGE*
*INTERNATIONAL*