1

2

3

4

5

6

7

8

9

10 **IN THE UNITED STATES DISTRICT COURT**

11 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN AIR CHARTER, INC., doing business as JET EDGE INTERNATIONAL, a California corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>PAUL SCHEMBARI, an individual; *et al.*,<br><br><br>       Defendants. | Case No. 2:17-cv-00420-JGB (KSx)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO PERMIT THE FILING OF A RESPONSE TO DEFENDANTS' APPLICATION TO FILE UNDER SEAL (DKT. NO. 184)**<br><br>**Trial Date: January 15, 2019**<br><br>Date: September 10, 2018<br>Time: 9:00 a.m.<br>Dept: Courtroom 1<br>Judge: Hon. Jesus G. Bernal |

The Court having considered Plaintiff Western Air Charter, Inc.'s, doing business as Jet Edge International, ("Jet Edge" of "Plaintiff") Ex Parte Application to Permit the Filing of a Response to Defendants' Response to Plaintiff's Application to File Under Seal (Dkt. No. 184) and the parties' positions and arguments related thereto finds:

IT IS **HEREBY ORDERED**, for the reasons stated in Plaintiff's moving papers, that Plaintiff's Ex Parte Application is **GRANTED**.  Plaintiff shall file its response to Dkt. No. 184 no later than August 27, 2018.  Plaintiff's response shall not exceed five (5) pages.

**IT IS SO ORDERED.**

Dated: August 20, 2018

Hon. Jesus G. Bernal
U.S. District Court Judge

ORDER PERMITTING PLAINTIFF TO FILE A RESPONSE