UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 17-420 JGB (KSx)** | Date | 11/7/18 |
|---|---|---|---|
| Title | *Western Air Charter, Inc. v. Paul Schembari, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order Directing Parties to Meet and Confer and to File Joint Document Regarding Motions to Seal by Wednesday, November 14, 2018 (IN CHAMBERS)**

Upon review of the parties' numerous submissions seeking leave to file under seal evidence and briefing related to their cross-motions for summary judgment, the Court is concerned that the parties are abusing the Court's procedure for filing under seal. Parties are directed to meet and confer to discuss their positions regarding the sealing of documents related to their cross-motions for summary judgment. After meeting and conferring, the parties shall submit to the Court a joint stipulation specifying which documents each party seeks to file under seal. For each document for which a party seeks to file under seal, parties are to include the following information:

- a description of the document for which sealing is sought;
- the party seeking sealing of the document;
- the docket number or numbers under which the document for which sealing is sought was filed;
- whether the sealing of that document is opposed;
- a summary of arguments made in support of and, if applicable, in opposition to sealing that document.

Parties are to meet and confer and submit this document to the Court no later than Wednesday, November 14, 2018. The document is not to exceed 25 pages in length.

      The Court is strongly disinclined to entertain any further motions or briefing as to the sealing of documents related to the parties' cross motions for summary judgment.

    **IT IS SO ORDERED.**