UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 17-420 JGB (KSx)** | Date | December 10, 2018 |
|---|---|---|---|
| Title | *Western Air Charter, Inc. v. Paul Schembari, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DISCHARGING the Order to Show Cause (Dkt. No. 233) (IN CHAMBERS)**

On November 21, 2018, the Court issued an order to show cause why sanctions should not issue to Defendants' counsel for (1) improper designation of documents as confidential; (2) presentation of frivolous arguments to the Court; and (3) failure to comply with the Court's November 7, 2018 Order. ("Order," Dkt. No. 233.) Counsel for Defendants responded to the Order on November 29, 2018. (Dkt. No. 235.) The Court finds Defendants' response to be acceptable and will not sanction counsel. The Court DISCHARGES the order to show cause.

**IT IS SO ORDERED.**