|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 29 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| WESTERN AIR CHARTER, INC., DBA Jet Edge International, a California corporation,<br><br>          Plaintiff-Appellee,<br><br> v.<br><br>PAUL SCHEMBARI, an individual; et al.,<br><br>          Defendants-Appellants. | No.   19-55987<br><br>D.C. No.<br>2:17-cv-00420-JGB-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

| | |
|---|---|
| WESTERN AIR CHARTER, INC., DBA Jet Edge International, a California corporation,<br><br>          Plaintiff-Appellant,<br><br> v.<br><br>PAUL SCHEMBARI, an individual; et al.,<br><br>         Defendants-Appellees. | No.   19-55992<br><br>D.C. No.<br>2:17-cv-00420-JGB-KS |

The parties' stipulated motion (Docket Entry No. 16) for voluntary dismissal of these cross-appeals is granted. Nos. 19-55987 and 19-55992 are dismissed. *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as and for the mandate of this court for Nos. 19-55987 and 19-55992.

LK/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7