1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT

10

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

WESTERN AIR CHARTER, INC., doing business as JET EDGE
12 INTERNATIONAL, a California corporation,
13

14          Plaintiff,

15     v.

16 PAUL SCHEMBARI, an individual *et al.*,

17          Defendants.

| Case No. 2:17-cv-00420-JGB (KSx) |
| --- |

**ORDER GRANTING RELEASE OF BOND**

| Trial Date: | January 15, 2019 |
| Complaint Filed: | December 20, 2016 |

| Judge: | Hon. Jesus G. Bernal |
| | Courtroom: 1 |
| | 3470 Twelfth Street |
| | Riverside, CA 92501 |

18
19
20
21
22
23
24
25
26
27
28

1         Pursuant to the Parties' Joint Stipulation for Release of Bond and good cause

2    appearing, it is HEREBY ORDERED:

3         The bond posted by Defendants Paul Schembari, ACP Jet Charters, Inc.,

4    Phenix Jet International, LLC, and Cosa di Famiglia Holdings, LLC ("Defendants")

5    on or about April 5, 2019 (Dkt. Nos. 312, *et seq.*) and approved by the Court on

6    April 5, 2019 (Dkt. No. 313) in the amount of twelve million five hundred thousand

7    dollars ($12,500,000.00) and the obligations of any sureties thereunder are released

8    in full immediately with the issuance of this order.

9         **IT IS SO ORDERED.**

10

11   Dated: January 27, 2020   _____

12                       HON. JESUS G. BERNAL

13                       U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING RELEASE OF BOND

DM1\10336296.1