# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN AIR CHARTER, INC., doing business as JET EDGE INTERNATIONAL, a California corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>PAUL SCHEMBARI; ACP JET CHARTERS, INC.; PHENIX JET INTERNATIONAL, LLC; COSA DI FAMIGLIA HOLDINGS, LLC<br><br>      Defendants. | Case No. 2:17-cv-00420-JGB (KSx)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE JUDGMENT AND DISMISS ACTION BASED ON SETTLEMENT (FED. R. CIV. P. 60(b))**<br><br>Date:    February 24, 2020<br>Time:   9:00 a.m.<br>Judge:  Hon. Jesus G. Bernal<br>           Courtroom: 1<br>           3470 Twelfth Street<br>           Riverside, CA 92501 |

Before the Court is the Parties' Joint Motion to Vacate Judgment and Dismiss Action Based on Settlement (the "Joint Motion") seeking to vacate the Amended Judgment (the "Judgment") entered on July 25, 2019 (ECF No. 332) and dismissing this action with prejudice.  For good cause shown, the Joint Motion is hereby GRANTED.

(1)    the Judgment issued by the Court dated July 25, 2019 (Dkt. No. 332) is VACATED as to all causes of action and claims for relief[1]; and

(2)    this action is hereby dismissed, with prejudice, in its entirety.

The basis for this order is as follows:

The Court finds that the Judgment has been satisfied, released, or discharged by way of the Parties' global settlement and that the balance of the equities justifies the relief requested.  Fed. R. Civ. P. 60(b)(5)-(6); *see also Ahern v. Central Pacific Freight Lines*, 846 F.2d 47, 48 (9th Cir.1988) ("The Ninth Circuit is firmly 'committed to the rule that the law favors and encourages compromise settlements'").

In conjunction with vacating the Judgment, the Court finds dismissal of this action with prejudice is appropriate.  *See, e.g.*, *Hebrew Univ. of Jerusalem v. Gen. Motors LLC*, No. CV-10-3790-AB (JCX), 2015 WL 9653154, at *3 (C.D. Cal. Jan. 12, 2015)

**IT IS SO ORDERED.**

Dated: February 20, 2020

_____

HON. JESUS G. BERNAL

U.S. District Court Judge

---

[1] The vacatur of the Judgment does not give effect to the original judgment entered on March 7, 2019 (Dkt. No. 302), which was superseded.

1

ORDER GRANTING JOINT MOTION
TO VACATE JUDGMENT AND DISMISS ACTION (FED. R. CIV. P. 60(B))